HARKLESS, *Plaintiff in Error*, v. BARTON COUNTY.

**Quit-claim Deed:** SUIT FOR PURCHASE PRICE OF LAND. Plaintiff bought land of the defendant Barton county, receiving a quit-claim deed therefor, which land defendant had previously sold to another. Plaintiff sold the land and it does not appear that his grantee was ever disturbed in his possession. *Held*, that plaintiff received what he bargained for, and cannot recover in a suit against the county for the purchase price.

*Error to Barton Circuit Court.*—HON. J. D. PARKINSON, Judge.

AFFIRMED.

*Robinson, Harkless & Bennett* for plaintiff in error.

*H. C. Timmonds* for defendant in error.

HENRY, C. J.—In 1866, Harkless purchased of Barton county a tract of land in said county, and received a quit-claim deed from the county therefor. In 1861, the county sold and conveyed the same land to one Herndon, whose deed was of record when plaintiff took his quit-claim deed. In this suit plaintiff seeks to recover from Barton county two hundred dollars, the price he paid for the land. After he purchased, plaintiff sold the land to one Walser, who sold to Addison, who also had a deed for the land from Herndon, and was in possession when this suit was brought. The deed from the county to plaintiff conveyed only the interest of the county in the land. He received just what he bargained for, and subsequently sold the land to Addison; what he received for the land does not appear, nor does it appear that his grantee was ever disturbed in his possession, or threatened by Herndon, to whom the county had previously conveyed the land.

The judgment was for defendant and is affirmed. All concur.